UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
JAN 2 8 2004
LEONARD GREEN, Clerk

ORDER

JOHN ECHOLS

    Plaintiff - Appellant

v.

MICHAEL WILLIAMS; JOE LUEBBERS; RICK BLYBERG

    Defendants - Appellees

1:01cv0761

    Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by 12/22/03 .

    It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk

*Leonard Green* /sp

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: _____
Deputy Clerk