# AFFIDAVIT

**STATE OF OHIO,**         )
                           ) ss:
**COUNTY OF WARREN,**      )

      Now comes Thomas G. Eagle, being first duly cautioned and sworn, who deposes and states as follows:

      1. I was counsel for the Plaintiff in this case.

      2. Prior to the initiation of the representation for the purposes of this civil action, the Plaintiff, John Echols, executed a Fee Agreement, in writing, agreeing to pay a certain fee to the undersigned upon settlement of this case.

      3. The terms and conditions of said Fee Agreement have occurred and been satisfied and there are fees due thereunder that have not been paid. Although demand has been made, the Plaintiff has not responded.

      Further, Affiant sayeth naught.

                                            _____
                                            Thomas G. Eagle

Sworn and subscribed before me this 29th day of June, 2004.

                                            _____
                                            Notary Public

CATHY K. PERRICK
Notary Public, State of Ohio
My Commission expires March 15, 2006