IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN ECHOLS,** | ) | CASE NO. C-1-01-761 |
| | ) | Judge Arthur S. Spiegel |
| Plaintiff, | ) | |
| | ) | **COUNSEL'S NOTICE OF** |
| vs. | ) | **FILING DOCUMENTS FOR** |
| | ) | **IN CAMERA REVIEW** |
| **MICHAEL WILLIAMS, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

_____

Now comes Thomas G. Eagle, and in compliance with this Court's Order of September 3, 2004 (Doc. 39) for the submission of documents for review by the Court *in camera* in conjunction with the pending Motions (Doc. 36, 37, and 38), submits (without filing) the following documents: 1) Contingent Fee Contract; and 2) Itemization of Costs Advanced, with copies delivered to the Court on this date.

Wherefore, Counsel requests the Court grant the Motion or issue other orders and procedures it deems appropriate.

**THOMAS G. EAGLE CO., L.P.A.**

_/s/ Thomas G. Eagle_____
**Thomas G. Eagle** (0034492)
Attorney for Plaintiff
3386 N. State Rt. 123
Lebanon, Ohio 45036
(937) 743-2545

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8th, 2004, I electronically filed the foregoing with the Clerk of the Court (without attachments) using the CM/ECF system which will send notification of such filing to the following: Tomi L. Dorris, Assistant Attorney General, Ohio State Highway Patrol, P.O. Box 182074, Columbus, Ohio 43218-2074.

_/s/ Thomas G. Eagle_____
**Thomas G. Eagle**